397 A.2d 441

John R. GREEN, Jr.

v.

WEST PENN POWER COMPANY, a corporation, and Bell of Pennsylvania, a corporation,

v.

WADE'S BODY AND FRAME SHOP, INC.,

v.

NEW EAGLE HOMES, INC., and Alex Yowonske and Marie Yowonske, his wife, Individually and t/d/b/a Yowonske Mobile Home Park.

Appeal of WEST PENN POWER COMPANY.

Superior Court of Pennsylvania.

Argued Oct. 24, 1978.

Decided Jan. 31, 1979.

Thomas F. Weis, Pittsburgh, for appellant.

Raymond H. Conaway, Pittsburgh, for appellee, New Eagle Homes.

William M. Posner, Philadelphia, for appellee, Bell Telephone.

Before PRICE, HESTER and WATKINS, JJ.

## OPINION

PER CURIAM:

The order of the court below entered November 1, 1977 is affirmed. *Hefferin v. Stempkowski*, 247 Pa.Super. 366, 372

A.2d 869 (1977); *Arnold v. Borbonus*, 257 Pa.Super. 110, 390 A.2d 271 (1978).